UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-49 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>            Plaintiff,                   )<br>                                          )<br>      v.                                  )<br>                                          )<br>ROBIN ROY,                                )<br>                                          )<br>            Defendant,                   )<br>                                          )<br>NORTHERN WINDS                            )<br>TREATMENT CENTER,                         )<br>                                          )<br>            Garnishee.                   ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 21, 2006, is hereby released.

Dated: April 11, 2006

                                             s/Richard H. Kyle

                                             Judge
                                             United States District Court